# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | FILED UNDER SEAL |
| | ) | |
| | ) | Magistrate Judge Steger |
| v. | ) | |
| | ) | |
| | ) | |
| DEJUAN COOPER | ) | Case No. 1:22-mj-45 |
| | ) | |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Your Affiant, Justin Headden, being duly sworn, deposes and states as follows:

1. I have been employed as an Officer/Investigator with the Chattanooga Police Department since January 2011. I have been assigned as an investigator in the field of narcotics, gangs, and firearms investigations for approximately seven (7) years. I am currently assigned as a Task Force Officer (TFO) for the Drug Enforcement Administration (DEA) Chattanooga Resident Office (CRO). I have been a Task Force Officer for approximately 2 years. During my tenure as an investigator assigned to gang, firearms, and narcotics investigations, I have gained a working knowledge of narcotics trafficking methods and techniques. My present duties include the investigation of violations of state and federal law by individuals involved in the sale and distribution of controlled substances.

2. Except as noted, all of the information contained in this affidavit is either personally known to me or has been told to me by other law enforcement officials or cooperating defendants and informants. The drug trafficking investigation discussed herein has been a months-long investigation. In this affidavit, I do not discuss every fact known to me regarding this case, only the facts necessary to establish probable cause to support the criminal complaints sought herein.

3. As further detailed below, it is my belief that probable cause exists that from in or

about November of 2020 to on or about February 15, 2022, Dejuan COOPER, and others known and unknown, violated Title 21, United States Code, Sections 846 and 841(a)(1), that is, conspiracy to distribute a controlled substances to wit: Fentanyl.

## FACTS ESTABLISHING PROBABLE CAUSE

4. The DEA CRO is involved in an investigation into the drug trafficking activities of Dejuan COOPER. The investigation has revealed COOPER is a distributor of ice methamphetamine and fentanyl in and around the Eastern District of Tennessee. The DEA CRO intercepted COOPER on a court authorized wiretap of a telephone utilized by Marlon JONES discussing and arranging drug transactions in December 2021.

5. On January 25, 2022, the Honorable Travis R. McDonough, Chief United States District Judge for the Eastern District of Tennessee, issued an order authorizing the interception of wire and electronic communications to and from cellular telephones bearing the number (423) 617-3613 (Target Telephone 4 or TT-4) and (423) 269-1000 (Target Telephone 6 or TT-6) utilized by Dejuan COOPER.

6. On February 11, 2022, at approximately 5:19 PM, Chattanooga RO members intercepted a telephone call from an unknown male who identified himself as "Pooh" utilizing telephone number (901) 237-2302 to Dejuan COOPER over TT-6. "Pooh" advised COOPER that "Pooh" ran across "little migo" and that they could do 28 for what COOPER was messing with now. "Pooh" informed COOPER that it was for a "whole thing" and COOPER stated that was a good price, but COOPER didn't know the people. "Pooh" and COOPER talk about "little migo" being in Nashville, Tennessee and how great the price was for a whole one at 28. COOPER informs "Pooh" that it's hard to tell if the product was good quality because it has to be tested. COOPER informs "Pooh" that COOPER doesn't want to travel to Nashville because

COOPER can get the product in town without traveling. "Pooh" informs COOPER that "Pooh" is going to talk to "migo" and let COOPER know later. Reference Session #1040.

7. On February 11, 2022, at approximately 10:25 PM, Chattanooga RO members intercepted a telephone call from "Pooh" utilizing telephone number (901) 237-2302 to Dejuan COOPER over TT-6. "Pooh" advised COOPER that the source of supply was going to bring some product down on February 12, 2022 around 2-3 pm. "Pooh" advised that the source might bring down a whole one and COOPER stated he would pay for 8 to try it out first. "Pooh" advised that he would tell the source to bring a half and COOPER agreed. Reference Session #1051.

8. On February 12, 2022, at approximately 3:04 PM, Chattanooga RO members intercepted a telephone call from "Pooh" utilizing telephone number (832) 451-5890 to Dejuan COOPER over TT-6 (Reference Session 1076). A transcript of the conversation is as follows:

COOPER: Hello?
POOH: Yo.
COOPER: Who this?
POOH: This Pooh Lil foo (PH).
COOPER: Oh, what's up? What's happening?
POOH: Shit, I just talked to him right.
COOPER: Yeah.
POOH: He's like shit...If he, uh, bring the whole...bring the half-time down that motherfucker, he said do that motherfucker fifteen (15). I already told him that you said you was probably gonna do, uh, do a quarter motherfucker first just to see what it hitting on and shit.
COOPER: Tell him gone (PH) bring it.
POOH: Tell him gone (PH) bring it?
COOPER: Yes.
POOH: All right. I'm finna, uh, I'm gonna, I'm finna call you right back.
COOPER: Aight, I gotcha.
POOH: Yep.

9. On February 12, 2022, at approximately 6:08 PM Chattanooga RO members intercepted a telephone call from "Pooh" utilizing telephone number (832) 451-5890 to Dejuan COOPER over TT-6 (Reference Session 1092). "Pooh" informs COOPER that the source of

Case 1:22-mj-00045-CHS   Document 4   Filed 02/16/22   Page 3 of 9   PageID #: 7
Page 3 of 9

supply should be there in around 30 minutes to an hour. "Pooh" advised COOPER that "Pooh" would let COOPER know where to meet them.

10. On February 12, 2022, at approximately 6:14 PM Chattanooga RO members intercepted a text message from "Pooh" utilizing telephone number (832) 451-5890 to Dejuan COOPER over TT-6 (Reference Session 1098). The text message stated "They gone b Mexicans fu. And he said dont trip its gone b like a Mexican numb dat call like 01152 sumn".

11. On February 12, 2022, at approximately 6:16 PM, Chattanooga RO members intercepted a telephone call from UM1099 utilizing telephone number (323) 455-6519 to Dejuan COOPER over TT-6. A transcript of the conversation is as follows:

COOPER: Hello?
UM1099: Hello.
COOPER: Yeah.
UM1099: I got a play for you.
COOPER: Hold on. Hello?
UM1099: Hello?
COOPER: Yeah.
UM1099: I got a play for you. I work for Junior.
COOPER: For what?
UM1099: For Junior.
COOPER: Oh you the one that's supposed to be coming down here?
UM1099: Yeah, yeah so send me address.
COOPER: Okay, okay. You need an address? Hold on.
UM1099: Yeah.
COOPER: Let me see. Let me, uh, Give me two (2) second I'm finna send you an address. Imma figure out where Imma need to go.
UM1099: Yeah, that's fine.
COOPER: Aight , I got you.

12. At approximately 6:24 PM, COOPER, utilizing TT-6, texted UM1099 stating "2151 valden village dr". TFO Headden is familiar with COOPER recently stating he has been living in the area of Shallowford Road and Lee Highway in condos. TFO Headden is familiar with 2151 Vaden Village Drive being in the area where COOPER has been referring to.

13. On February 12, 2022, at approximately 6:29 PM Chattanooga RO members intercepted a text message from Dejuan COOPER utilizing TT-6 to "Pooh" utilizing telephone number (832) 451-5890 (Reference Session 1103). The text message stated "I just texted him the address. I'm on my way there now".

14. On February 12, 2022, at approximately 6:39 PM, Chattanooga RO members intercepted a telephone call from Dejuan COOPER utilizing TT-6 to UM1099 utilizing telephone number (323) 455-6519 (Reference Session #1104). A transcript of the conversation is as follows:

UM1099: Sup.
COOPER: Hello, you get the address?
UM1099: Yeah, I get the address. I'll be there like in two (2) hours and thirty (30) minutes.
COOPER: Okay, okay bet. I guess I'm going to go somewhere and sit and then I'll be there...I guess I'll be there at 9:00 o'clock on the dot.
UM1099: Okay, bye.
COOPER: Aight.

15. On February 12, 2022, at approximately 8:02 PM, Chattanooga RO members intercepted a telephone call from Dejuan COOPER utilizing TT-6 to "Pooh" utilizing telephone number (832) 451-5890 (Reference Session #1106). During the conversation, COOPER informs "Pooh" that the courier would be there around 8:30 or 9pm. "Pooh" and COOPER talked about "Pooh" owing money to COOPER and trying to help him. COOPER stated he just got "Pooh" cousin out of jail and paid over $33,000 to get him out. "Pooh" and COOPER then talk about various prices for unknown illegal narcotics that COOPER has paid in the past. COOPER informs "Pooh" that the courier stated it was going to be 2 and a half hours and that the courier would be there around 9pm. COOPER tells "Pooh" that he told the UM1099 to meet him at a girl's house that was out of town. COOPER tells "Pooh" that no one was going to be at the residence and the unknown female was letting COOPER use the spot.

16. On February 12, 2022, at approximately 8:02 PM, Chattanooga RO members intercepted a telephone call from "Pooh" utilizing telephone number (832) 451-5890 to Dejuan COOPER utilizing TT-6 (Reference Session #1106). COOPER informs "Pooh" that every time UM1099 calls it's another hour. "Pooh" stated that they were on the way for sure and that UM1099 was going to give COOPER $3,000 to put on Cashapp. "Pooh" stated he was not sure what COOPER was supposed to do with the money but that the source of supply couldn't put money on Cashapp. "Pooh" advises that if COOPER isn't comfortable with that then "Pooh" will send his girlfriend to meet with COOPER and put it on her Cashapp. COOPER states that he would rather "Pooh" girl do it but "Pooh" states he would rather COOPER do it and COOPER agrees. COOPER then asks "Pooh" if it is "Fet" and "Pooh" states that it is and COOPER stated he was just making sure. COOPER asks if the source is actually bringing the illegal narcotics or if it was just a runner because COOPER had some questions. "Pooh" stated that he did not know that and COOPER states he wants to find out how much the source can do and the price he could do it for. COOPER and "Pooh" talk about how much they have cut the illegal narcotics before it gets to COOPER.

17. Chattanooga RO members were conducting surveillance in the area of 2151 Vaden Village Drive, Chattanooga, TN and at 10:11 PM, observed a black Dodge Durango pull onto Vaden Village Drive from Ballard Drive. A few moments later, Chattanooga RO members intercepted a telephone call from UM1099, utilizing telephone number (323) 455-6519 to Dejuan COOPER utilizing TT-6 (Reference Session #1117). A transcript of the conversation is as follows:

UM1099: Hello.
COOPER: Hello, I don't see you.
UM1099: Yeah, I'm here.
COOPER: What address you got?
UM1099: Uh, A Dodge Durango, I'm driving a Dodge Durango.
COOPER: Nah, I don't see your car. 2151 Vaden Drive is the address.

UM1099: Let me see, let me see my, uh. What's the address? 21...what?
COOPER: 2151 Vaden drive.
UM1099: Oh, 51 okay wait, wait, wait. 2151...Okay, let me go over there, oh yeah. I'm 2 minutes over there. I'll go over there.
COOPER: U/I.
UM1099: I almost there. Oh yeah, yeah I see you.

18. On February 12, 2022, at approximately 10:36 PM, Chattanooga RO members intercepted a telephone call from Dejuan COOPER utilizing TT-6 to "Pooh" utilizing telephone number (901) 237-2302 (Reference Session #1124). A transcript of the conversation is as follows:

COOPER: Hello?
POOH: What's up, cuz?
COOPER: Yeah, I did the business, but he ain't give me no money. I just gave him the 15.
POOH: Aight
COOPER: 'Cause I had, I had called that number back when he was sitting right there but nobody answered. So, I just U/I business.
POOH: Aight, say less.
COOPER: Aight, so I guess y'all can call him and confirm what I just said.
POOH: Aight, say less.
COOPER: Aight.
POOH: Aye, uh call U/I and let me know U/I what we looking like, though.
COOPER: Aight, imma, I got you. I finna go do, uh, do something with it. He said, he said, he said I can do something with it for real.
POOH: Say less. Just let me know.
COOPER: Yeah, aight. And from like I can smell outside from what's it name, so hopefully it's what it smell like.
POOH: Right.
COOPER: So, imma let you know.
POOH: Say less.
COOPER: Give me like a day or so. But you can call and check with them on that other shit. He ain't give me no paper. I just gave him 15, and he's like U/I. He ain't even count the money. I told him count it. He's like it was too much counting U/I.
POOH: Say less.
COOPER: Aight.

19. On February 14, 2022, at approximately 4:51 PM, Chattanooga RO members intercepted a telephone call from Dejuan COOPER utilizing TT-6 to "Pooh" utilizing telephone number (901) 237-2302 (Reference Session #1194). A transcript of the conversation is as follows:

POOH: Yo.
COOPER: I just got off the phone with him. I'll get two (2) of them. Uh, tell, tell him I'll pay for two (2) of them, and if he want the other one, he can.
POOH: Aight, bet say less.
COOPER: Aight

20. On February 14, 2022 at approximately 6:18 PM, Chattanooga RO members intercepted a telephone call from "Pooh" utilizing telephone number (832) 451-5890 to Dejuan COOPER utilizing TT-6 (Reference Session #1203). A transcript of the conversation is as follows:

COOPER: Hello.
POOH: Aye, foo.
COOPER: What's up ?
POOH: Yeah, he said, uh, he said he was going to bring it down there tomorrow. He said he only had 1 of them that he doing like that, though for that ticket.
COOPER: Well just give me one (1). I'm cool.
POOH: Aight, say less.
COOPER: Aight, just tell him to bring one (1) that's it, I'm cool.
POOH: By what time, uh, you got work and shit tomorrow?
COOPER: Nah, I ain't got to work. Just bring one (1). Matter fact one (1) will be good anyway.
POOH: Aight, say less. He said shit, they'll leave U/I head out in the morning. So bruh said that shit was straight, though, that other shit?
COOPER: It was, it was decent. I only had one (1) person complain but, mmm, the other person said it was good. One nigga complained, and he just called though, the one who complained.
POOH: Yeah.
COOPER: But I mean he just spent 16 racks, so I mean [Laughs].
POOH: [Laughs] right.
COOPER: They, they...shit.
POOH: Say less. [Laughs].
COOPER: Yeah, I ain't really just...yeah. That shit spent.
POOH: Say less, bro. Imma call you, imma call you when they head down that way in the morning, though.
COOPER: Aight.
POOH: Yeah.
COOPER: Yeah

21. Based upon my training and experience, I believe that "Pooh" is introducing Dejuan COOPER to a new source of supply based out of Nashville, Tennessee. "Pooh" then provides COOPER's number to the new source of supply who has a courier contact COOPER to get an address on where to deliver the illegal narcotics to COOPER at. Based upon T-III intercepts and

surveillance, the courier arrived at the given address and provided COOPER with illegal narcotics, believed to be fentanyl and received US currency as payment and left the area. COOPER then talks directly with the source of supply through "Pooh" who agrees to keep providing COOPER with illegal narcotics in the future.

FURTHER YOUR AFFIANT SAYETH NAUGHT

Justin Headden
Task Force Officer
Drug Enforcement Administration

Sworn to and subscribed before me this __15th__ day of February, 2022.

HON. CHRISTOPHER H. STEGER
UNITED STATES MAGISTRATE JUDGE